SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE, Bar No. 102181
BRIAN D. HARRISON, Bar No. 157123
VANESSA L. O'BRIEN Bar No. 225699
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
LUMBERMENS MUTUAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO – DIVISION

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CONSOLIDATED PERSONNEL SERVICES, INC., an Arizona corporation,<br><br>    Defendant. | CASE NO. CV 08 1420 MEJ<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CONSOLIDATED PERSONNEL SERVICES, INC. TO RESPOND TO COMPLAINT** |

1  Pursuant to Civil L.R. 6.1(a), plaintiff Lumbermens Mutual Casualty Company ("LMC")
2  and defendant Consolidated Personnel Services, Inc. ("CPS"), by and through their respective
3  counsel, hereby stipulate to a ten-day extension of time for CPS to respond to LMC's Complaint.
4  Pursuant to this stipulation, CPS has to and through April 25, 2008 to answer or otherwise
5  respond to LMC's Complaint.

Dated: April 14th, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Brian D. Harrison
Brian D. Harrison
Attorneys for Plaintiff
LUMBERMENS MUTUAL CASUALTY COMPANY

Dated: April 11th, 2008        GALLAGHER & KENNEDY, PA

By: /s/ Michael W. Murphy
Michael W. Murphy
Attorneys for Defendant
CONSOLIDATED PERSONNEL SERVICES, INC.

-2-        Case No. CV 08 1420 MEJ
**STIPULATION RE EXTENSION OF TIME**