MARK DEATHERAGE, Arizona Bar # 010208
mmd@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone (602) 530-8000
Facsimile (602) 530-8500

ROBERT J. FRASSETTO, California Bar # 104435
rfrassetto@lowball.com
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
CONSOLIDATED PERSONNEL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO - DIVISION

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED PERSONNEL SERVICES, INC., an Arizona corporation,<br><br>Defendants. | Case No. C 08-1420 MEJ<br><br>ANSWER |

For its Answer to the Complaint, Defendant Consolidated Personnel Services, Inc. ("CPS") admits, denies, and alleges as follow:

1. CPS admits the allegations in ¶¶ 1, 2, 4, and 10 of the Complaint, except, as to the last sentence of ¶ 4, CPS admits clients of CPS conducted business in this District.

2. CPS denies the allegations in ¶¶ 13, 15, 18-21, 23-25, and 30 of the Complaint, except, as to ¶ 13, CPS admits on information and belief that Plaintiff settled the Knaiger Claim.

3. CPS lacks sufficient knowledge or information to form a belief as to the truth of the allegations in ¶¶ 3 and 27-29 of the Complaint.

4. Answering ¶¶ 5-8, 11-12, and 17 of the Complaint, CPS affirmatively alleges that the insurance policies, settlement documents, and any other documents referenced therein say what they say.

5. Answering ¶ 9 of the Complaint, CPS admits Plaintiff sent an invoice, denies that the invoice was based on a proper determination in compliance with the Policies, admits a dispute has arisen, and denies any remaining allegations therein.

6. Answering ¶ 14 of the Complaint, CPS admits Plaintiff submitted an invoice, denies the invoice was submitted pursuant to or in compliance with the terms and conditions of the Policies and the Settlement Agreement, and denies any remaining allegations therein.

7. Answering 16, 22, and 26 of the Complaint, CPS incorporates by reference its admissions, denials, and allegations with respect to all preceding paragraphs in the Complaint.

8. CPS denies any allegations not specifically admitted herein.

9. CPS affirmatively alleges that the Complaint fails to state a claim on which relief can be granted.

10. CPS alleges the affirmative defenses of assumption of risk, contributory negligence, failure to mitigate damages, and estoppel, and affirmatively alleges Plaintiff's claimed damages are the result of its own conduct and negligence and its own failure to follow its best practices and procedures.

WHEREFORE, Defendant CPS requests that the Complaint be dismissed with prejudice and that Plaintiff take nothing thereby, for an award of its costs and reasonable attorneys' fees, and for such other and further relief as this Court deems just and proper

Dated: April 24, 2008
GALLAGHER & KENNEDY, P.A.

By /S/ Mark Deatherage
MARK DEATHERAGE
Attorneys for Defendant
CONSOLIDATED PERSONNEL SERVICES, INC.

Dated: April 24, 2008
LOW, BALL & LYNCH

By /S/ Robert J. Frassetto
ROBERT J. FRASSETTO
Attorneys for Defendant
CONSOLIDATED PERSONNEL SERVICES, INC.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, defendant Consolidated Personnel Services, Inc. hereby demands a jury trial for this action.

Dated: April 24, 2008

                  LOW, BALL & LYNCH

                  By /S/ Robert J. Frassetto
                     ROBERT J. FRASSETTO
                     Attorneys for Defendant
                     CONSOLIDATED PERSONNEL SERVICES, INC.

## ATTESTATION OF CONCURRENCE DOCUMENT FILING

I, the undersigned filer and Signatory of this document, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories, to wit, Mark Deatherage.

Dated: April 24, 2008

                  LOW, BALL & LYNCH

                  By /S/ Robert J. Frassetto
                     ROBERT J. FRASSETTO
                     Attorneys for Defendant
                     CONSOLIDATED PERSONNEL SERVICES, INC.