| Clerk's Use Only | |
|---|---|
| Initial for fee pd.: | |

Type name, address, phone number of applicant here
Mark Deatherage (AZ State Bar No. 010208)
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225; PH: (602) 530-8335

FILED
08 APR 28 PM 4:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LUMBERMENS MUTUAL CASUALTY
COMPANY, an Illinois corporation,

      Plaintiff(s),

    v.

CONSOLIDATED PERSONNEL
SERVICES, INC., an Arizona corporation,

      Defendant(s).
_____/

CASE NO. 08-1420 MEJ

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Mark Deatherage, an active member in good standing of the bar of U.S. District Court, District of Arizona, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Consolidated Personnel Services in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Robert J. Frassetto, Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, CA 94111, (415) 981-6630

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-23-08

