IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY CO., | No. C 08-1420 MEJ |
| Plaintiff(s), | **ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |
| vs. | |
| CONSOLIDATED PERSONAL SERVICES, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's counsel's Application for Admission of Attorney Pro Hac Vice. Upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent to Magistrate Judge James' jurisdiction or request for reassignment to a United States District Court judge for trial. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and

disposition. Accordingly, Plaintiff shall inform the Court whether Plaintiff consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left margin, then choose "Civil." The consent/declination form shall be filed as soon as possible, but no later than May 20, 2008.

**IT IS SO ORDERED.**

Dated: April 29, 2008



MARIA-ELENA JAMES
United States Magistrate Judge