1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE, Bar No. 102181
2  BRIAN D. HARRISON, Bar No. 157123
   VANESSA L. O'BRIEN  Bar No. 225699
3  One Market Plaza, Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile:  (415) 781-2635
5
   Attorneys for Plaintiff
6  LUMBERMENS MUTUAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO – DIVISION

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED PERSONNEL SERVICES, INC., an Arizona corporation,<br><br>Defendant. | Case No.  C 08-1420 MEJ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

| | | |
|---|---|---|
| 1 | DATED: April 30, 2008 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | BRIAN D. HARRISON<br>Attorneys for Plaintiff |
| 5 | | LUMBERMENS MUTUAL CASUALTY COMPANY |