1

2

3

4

5

6

7

**United States District Court**
For the Northern District of California

8

9

10

11

12

13

14

15

16

17

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUMBERMENS MUTUAL CASUALTY CO.,        No. C 08-1420 MEJ

      Plaintiff(s),        **ORDER DIRECTING DEFENDANT TO FILE CONSENT/DECLINATION FORM**

  vs.

CONSOLIDATED PERSONNEL SERVICES,

      Defendant(s).
                          /

18       Pending before the Court is Defendant's counsel's Application for Admission of Attorney Pro

19 Hac Vice.  Upon review of the record in this action, the Court notes that Defendant has not filed a

20 written consent to Magistrate Judge James' jurisdiction or request for reassignment to a United

21 States District Court judge for trial.  This civil case was randomly assigned to United States

22 Magistrate Judge Maria-Elena James for all purposes including trial.  In accordance with Title 28,

23 U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all

24 proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final

25 judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate Judge

26 James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same

27 manner as an appeal from any other judgment of a district court.

28       You have the right to have your case assigned to a United States District Judge for trial and

disposition.  Accordingly, Defendant shall inform the Court whether Defendant consents to

Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for

trial.  A copy of both the consent and declination forms may be obtained from the Northern District

of California's website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms"

tab on the left margin, then choose "Civil."  The consent/declination form shall be filed as soon as

possible, but no later than May 20, 2008.

**IT IS SO ORDERED.**

Dated: May 1, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2