MARK DEATHERAGE, Arizona Bar # 010208
mmd@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone (602) 530-8000
Facsimile (602) 530-8500

ROBERT J. FRASSETTO, California Bar # 104435
rfrassetto@lowball.com
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
CONSOLIDATED PERSONNEL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO - DIVISION

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, an Illinois corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CONSOLIDATED PERSONNEL SERVICES, INC., an Arizona corporation,<br><br>　　　　　Defendants. | Case No. C 08-1420 MEJ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>COMPLAINT FILED: March 12, 2008<br>TRIAL DATE:　　None set. |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 12, 2008

　　　　　　　　　　　　　　By___/S/ Mark Deatherage_____
　　　　　　　　　　　　　　MARK DEATHERAGE
　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　CONSOLIDATED PERSONNEL SERVICES, INC.

-1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

K:\2634\SF0008\P-Cert. of Int. Parties.wpd　　　　　　　　　　　　　　　　　　　　　　　Case No. C 08-1420 MEJ

Dated: May 12, 2008

                                    LOW, BALL & LYNCH

                                    By   /S/ Robert J. Frassetto
                                    ROBERT J. FRASSETTO
                                    Attorneys for Defendant
                                    CONSOLIDATED PERSONNEL SERVICES, INC.

## ATTESTATION OF CONCURRENCE DOCUMENT FILING

I, the undersigned filer and Signatory of this document, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories, to wit, Mark Deatherage.

Dated: May 12, 2008

                                    LOW, BALL & LYNCH

                                    By   /S/ Robert J. Frassetto
                                    ROBERT J. FRASSETTO
                                    Attorneys for Defendant
                                    CONSOLIDATED PERSONNEL SERVICES, INC.