SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE, Bar No. 102181
BRIAN D. HARRISON, Bar No. 157123
VANESSA L. O'BRIEN Bar No. 225699
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
LUMBERMENS MUTUAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO – DIVISION

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED PERSONNEL SERVICES, INC., an Arizona corporation,<br><br>Defendant. | Case No.  C 08-1420 MEJ<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the parties have settled the above-referenced matter and are in the process of memorializing the terms of the settlement agreement and mutual release. Plaintiff Lumbermens Mutual Casualty Company will dismiss this matter upon the exchange of final papers formalizing the resolution of the dispute.

DATED: May 29, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Brian D. Harrison
BRIAN D. HARRISON
Attorneys for Plaintiff
LUMBERMENS MUTUAL CASUALTY COMPANY