IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY, | No. C 08-1420 MEJ |
| Plaintiff, | **ORDER VACATING CMC** |
| v. | |
| CONSOLIDATED PERSONNEL SERVICES, | |
| Defendant. | |

On May 29, 2008, Plaintiff filed a Notice of Settlement, stating that it would dismiss this matter upon the exchange of final papers formalizing the resolution of the dispute. Accordingly, the Court VACATES the June 19, 2008 Case Management Conference.

**IT IS SO ORDERED.**

Dated: June 9, 2008

Maria-Elena James
United States Magistrate Judge