SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE, Bar No. 102181
BRIAN D. HARRISON, Bar No. 157123
VANESSA L. O'BRIEN Bar No. 225699
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
LUMBERMENS MUTUAL CASUALTY COMPANY

LOW, BALL & LYNCH
ROBERT J. FRASSETTO, Bar No. 104435
505 Montgomery Street, 7th Floor
San Francisco, Calfiornia 94111-2584
Telephone: (415) 981-6630
Facsimile:: (415) 982-1634

Attorneys for Defendant
CONSOLIDATED PERSONNEL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO – DIVISION

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED PERSONNEL SERVICES, INC., an Arizona corporation,<br><br>Defendant. | Case No. C 08-1420 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)(1)] |

IT IS HEREBY STIPULATED by and between plaintiff Lumbermens Mutual Casualty Company and defendant Consolidated Personnel Services, Inc., through their designated attorneys of record herein, that the entire action, including the complaint, including all claims that were or could have been raised therein, shall be dismissed with prejudice pursuant to FRCP 41(a)(1), and each party to bear its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: June 17, 2008 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |

By:  /s/  Brian D. Harrison
    BRIAN D. HARRISON
    Attorneys for Plaintiff
    LUMBERMENS MUTUAL CASUALTY COMPANY

DATED: June 17, 2008    LOW, BALL & LYNCH

By:  /s/  Robert J. Frassetto
    ROBERT J. FRASSETTO
    Attorneys for Plaintiff
    CONSOLIDATED PERSONNEL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO – DIVISION

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED PERSONNEL SERVICES, INC., an Arizona corporation,<br><br>Defendant. | Case No. C 08-1420 MEJ<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)(1)] |

## ORDER

Pursuant to stipulation of the parties, and FRCP 41(a)(1), IT IS HEREBY ORDERED that the entire action, including the Complaint and including all claims that were or could have been raised therein be, and hereby is, DISMISSED WITH PREJUDICE. Each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: _____    _____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE