UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO – DIVISION

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED PERSONNEL SERVICES, INC., an Arizona corporation,<br><br>Defendant. | Case No. C 08-1420 MEJ<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)(1)] |

## ORDER

Pursuant to stipulation of the parties, and FRCP 41(a)(1), IT IS HEREBY ORDERED that the entire action, including the Complaint and including all claims that were or could have been raised therein be, and hereby is, DISMISSED WITH PREJUDICE. Each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: June 18, 2008

_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

-1-
ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CASE NO. C08- 1420 MEJ